IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ME2 Productions, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 17-cv-2418 |
| | ) | |
| v. | ) | |
| | ) | Judge Amy J. St. Eve |
| Does 1-23, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR LEAVE TO WITHDRAW

Movant, Plaintiff's counsel Todd Pierce-Ryan, of the law firm Hughes Socol Piers Resnick & Dym, Ltd. ("HSPRD"), moves this Court, pursuant to N.D. Ill. L.R. 83.17, for leave to withdraw from his representation of Plaintiff ME2 Productions, Inc. ("Plaintiff"). In support of his motion, Movant states as follows:

1. Mr. Pierce-Ryan has submitted his resignation as an associate of HSPRD, to be effective August 31, 2017 at the latest, and has accepted a new position as a Complex Litigation Staff Attorney with Lakeshore Legal Aid in Detroit, Michigan. As a result, Mr. Pierce-Ryan can no longer represent Plaintiff in this matter.

2. Plaintiff is now and will continue to be represented by the law firm of HSPRD in this matter. Michael A. Hierl is a partner with HSPRD and is lead counsel on this matter. While Mr. Pierce-Ryan has appeared in this matter, his involvement in the case has been nominal and his departure will not materially affect HSPRD's representation of Plaintiff.

WHEREFORE, for the reasons stated above, Movant respectfully requests that the Court enter an Order granting him leave to withdraw from this case.

DATED: July 31, 2017                    Respectfully submitted,

                                        By:    /s/ Todd Pierce-Ryan____
                                               One of the Attorneys for Plaintiff

        Michael A. Hierl
        Todd Pierce-Ryan
        HUGHES SOCOL PIERS RESNICK & DYM, LTD.
        Three First National Plaza
        70 W. Madison Street, Suite 4000
        Chicago, Illinois 60602
        (312) 580-0100
        mhierl@hsplegal.com

## CERTIFICATE OF SERVICE

    The undersigned attorney hereby certifies that a true and correct copy of the foregoing **Motion for Leave to Withdraw** was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on July 31, 2017.

                      /s/ Todd Pierce-Ryan